AUDIT/INSPECTION  OBN 2023-253

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

## AUDIT/INSPECTION

| | |
|---|---|
| **Report Number:** OBN 2023-253 | **Reporting Date:** 02/17/2023 |
| **Reporting Agent:** GONZALES, DAVID | **Case Status:** OPEN |

On February 17, 2023, Oklahoma Bureau of Narcotics Agents Cody Gibson, Agent David Gonzales (I), Hughes County Deputy Robin Wooten, and Hughes County Deputy Brad Arnold conducted an inspection at FHTD LLC Medical Marijuana Grow, located at 7828 Highway 9 Wetumka, Hughes County, Oklahoma.

Upon arrival, Agent Gibson and I observed a maroon 4 door vehicle parked in front of the gate entrance to the marijuana grow. I made contact with the driver of the vehicle who advised he was there to do electrical work. Hughes County Deputy hit his air horn on his marked Hughes County Deputy patrol vehicle and an Asian male opened the gate. The Asian male was later identified as Xuefeng Lin. Agent Gibson observed signs on the outside of the gate and took photographs of the signs. The photos are attached this report.

On the fence on the west side of the gate was a sign labeled:
    LINLJ LLC
    GAA-JAAU-2ECQ
    7828 Highway 9
    Wetumka, OK 74883
    Call: (646) 712-9888

On the fence on the east side of the gate was a sign labeled:
    FHTD LLC
    GAA-QTZH-WDJV
    7828 Highway 9,
    Wetumka, OK 74883-9522
    Call: (646)712-9888

Agent Gibson then made contact with Xuefeng and attempted to speak with Xuefeng but was unable to, due to the language barrier. Xuefeng then placed a phone call to someone and handed the phone to Agent Gibson. Agent Gibson identified himself as an Agent with OBN and the male on the phone identified himself as being Jeff Weng. Agent Gibson asked Jeff if he was the owner of the marijuana grow we were located at, and Jeff advised he was the manager. Jeff advised he was on vacation in China visiting his dad. Agent Gibson advised Jeff we were there to conduct an inspection. Jeff asked for Agent Gibson

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

GOVERNMENT EXHIBIT 3

WEN_000783

AUDIT/INSPECTION  OBN 2023-253

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

to hand the phone back to his worker's and he would let them know why we were there and they would show us around to conduct our inspection. At this time another Asian male arrived at the front gate, who was later identified as Tong Lin.
Tong Lin then handed his phone to Agent Gibson and Agent Gibson identified himself again. The female identified herself as being with OMMA and asked what we were needing. Agent Gibson advised her that we were trying to identify who is in charge of the marijuana grow since Jeff is in China, to see if we were allowed to come on the property to conduct the inspection.

I contacted Agent Brandt Robbins and asked Agent Robbins to speak with Tong Lin, to ask who was in charge of the marijuana grow while Jeff was in China, and ask that person to come to the front gate. Tong Lin advised no one is in charge besides Jeff and that he would show us around to conduct the inspection. Agent Gibson, both Hughes County Deputies, and I then pulled through the gate and onto the property.

Tong Lin came back to our vehicle and handed his phone to Agent Gibson once again. Agent Gibson spoke with Jeff a second time to make sure Jeff was still ok with us conducting the inspection. Jeff advised it was no problem for us to conduct our inspection and we could call him if we had any questions.

We asked Agent Robbins to advise Tong Lin to have all the workers come to the front gate so we could identify everyone at the grow. Tong agreed to do so, and drove to a residence that was located on the north end of the property. The Hughes County Deputies, Agent Gibson and I drove to the residence also. Once we were at the residence, we made contact with another Asian male, who was later identified as Liang Jin Lin. Liang spoke broken English and I was able to communicate with him.

I asked Liang to have anyone else come out of the residence while we conducted our inspection. Liang advised there was no one else on the property. I then asked Liang to have everyone get their ID's so I could write down their information. Agent Gibson took photos of Tong Lin, Liang Jin Lin, and Xuefeng Lin and also took photos of their ID's. The photos are attached to this report. I asked each one of them for a phone number and they each provided one. I asked Liang if they had any paperwork for the marijuana grow and he said it was inside the residence. I asked Liang if it was ok for us to go inside the residence with him to look at their paperwork and he agreed. While inside the residence, Agent Gibson took photographs, while I reviewed their paperwork. Liang provided me with an Invoice fro FHTD LLC billed to Releaf collective LLC at 500 E Charter Oak Rd Edmond, OK 73034 in the amount of $94,196.00. Liang also provided A few different METRC Manifest paperwork to Releaf Collective LLC and a METRC Transportation Manifest to Scissortail Laboratory LLC. I also observed paperwork for Certificate of Analysis. I took

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

photographs of the documentation provided to me and the photos are attached to this report. I was not provided with any other documents for the marijuana grow.

I asked Liang if it was ok for him to show us around the house, to make sure there was no one else inside the residence, and he agreed to do so. In a bedroom on the east side of the residence, I located numerous plastic buckets containing plastic grocery sacks full of METRC tags. Agent Gibson photographed the buckets.

Liang then took us to the long metal building northeast of the residence with approximately thirteen (13) separate rooms and a kitchen on the far north end of the building. Liang showed us each room and it appeared to have people living in them but no one was there at the time. It appeared to us that the workers who were living there had left once we arrived, due to cigarette smoke still being in one of the rooms and one of the rooms having a window open.

Liang then took us to the metal building directly north of the residence, which had a green entry door. Inside this metal building we located marijuana plants. Liang then continued showing us inside every building on the property with some containing marijuana plants and some being empty. The large indoor grow metal buildings on the south end of the property were labeled as Building 1 through Building 4 and each room inside were labeled. The buildings did not have any surveillance cameras and did not have self locking doors. I also observed the property did not have a fence around the entire property. The fence line stopped at the northeast corner of the property and did not have any fence along the east side.

The following is a list of each building and what each building contained. The marijuana plant counts are approximate.

- **Metal building with green door north of residence**
    - 1,872 seedling plants
    - 910 mature marijuana plants with METRC tags attached

- **2 North Hoop Houses**
    - both empty

- **Building #1** (South Metal Building on south end of property)
    - Room A1-A2 (connecting rooms) drying marijuana plants
    - Room A3-A4 (connecting rooms) 702 mature marijuana plants with METRC tags attached

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

AUDIT/INSPECTION  OBN 2023-253

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

- Room A5-A6 (connecting rooms) 768 mature marijuana plants with METRC tags attached

- **Building #2** (West Metal Building on south end of property)
    - Room B1 - No Plants
    - Room B2 - No Plants
    - Room B3 - 690 mature marijuana plants with METRC tags attached
    - Room B4 - 500 mature marijuana plants with METRC tags attached

- **Building #3** (Middle Metal Building on south end of property)
    - Room C1 - 650 mature marijuana plants with METRC tags attached
    - Room C2 - No Plants
    - Room C3 - No Plants
    - Room C4 - 3 large black trash bags containing marijuana flower and 8 other black trash bags containing trimmings. The room also contained empty round cardboard containers.

- **Building #4** (East Metal Building on south end of property)
    - Room D1 - 806 mature marijuana plants with METRC tags and netting
    - Room D2 - 806 mature marijuana plants with METRC tags and netting
    - Room D3 - 800 mature marijuana plants with METRC tags and netting
    - Room D4 - 832 mature marijuana plants with METRC tags and netting

- **Hoop House #1**
    - Empty no plants

- **Hoop House #2**
    - Empty no plants

- **Hoop House #3**
    - Empty no plants

- **Hoop House #4**
    - 958 mature marijuana plants with NO METRC tags

- **Hoop House #5**
    - 1,074 seedling plants and 715 (2ft) marijuana plants with NO METRC tags

- **Hoop House #6**

OFFICIAL USE ONLY

This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

AUDIT/INSPECTION  OBN 2023-253

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

- 702 (2ft) marijuana plants with NO METRC tags attached

- **Hoop House #7**
    - 2,010 seedling plants and 534 (1ft) marijuana plants with NO METRC tags

- **Hoop House #8**
    - Empty no plants

OFFICIAL USE ONLY

This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

AUDIT/INSPECTION  OBN 2023-253



# OKLAHOMA STATE BUREAU OF
# NARCOTICS AND DANGEROUS DRUGS CONTROL



Above is a photograph of the property with each structure labeled. All photographs taken of FHTD LLC Medical Marijuana grow are labeled and attached to this report.

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

WEN_000788

# OKLAHOMA STATE BUREAU OF NARCOTICS AND DANGEROUS DRUGS CONTROL

Once the inspection was complete, we left the property and attempted to contact the listed owner of FHTD LLC Medical Marijuana grow. I called the phone number provided by OBN analyst and recorded the phone call. The first phone call, I made contact with an Asian female who spoke broken English and was having trouble understanding what I was saying. I advised the female that I was with OBN and needed to speak with Jian Weng. The female asked what company I was with and I advised her Oklahoma Bureau of Narcotics (OBN). I could hear the female speaking with a male in a foreign language and then she asked me what company I was calling about. I told her I was needing to speak with Mr Weng in reference to his marijuana grow located in Wetumka, OK. It then appeared that the female muted the phone and then came back on the phone a short time later and I explained to her again that I was trying to speak with Mr. Weng about the marijuana grow in Wetumka, OK that he owns. The female advised he was not there right now and asked for me to call back. The female then put another female on the phone, who spoke better English and translated for the other female. I explained to the female who was translating, that I was needing to speak with Mr. Weng about his marijuana grow in Wetumka, OK. The female asked if we could call back later and Agent Gibson asked who the male in the background they were talking to, and they hung up the phone.

I received a phone call later from Jian Ming Weng, who had a translator on the phone, so he could speak with me. The translator identified himself as Jason Weng. The following is a synopsis of the recorder phone call and is not verbatim.

Jian advised he was returning my call and that I had spoke to his wife earlier when I called. I asked Jason if Jian owns a marijuana grow in Oklahoma and Jason advised Jian does own a marijuana grow but he had to look up the address. A short time later Jason advised the address for the marijuana grow is 7828 Highway 9 Wetumka, Oklahoma. Jian advised he does own the marijuana grow located at this address but he was not there today. I advised him that we were at the grow today and conducted an inspection. Jian advised he was sorry that he was not there and that he was currently in Chickasha, OK. Jian advised he has a manager of the grow named Jeff Weng but he is not at the grow either. I asked Jian if he knew where all the METRC paperwork was located for his marijuana grow. Jian advised he hired someone to take care of the METRC paperwork, so he did not know. Jian advised he lives at the marijuana grow and I asked where Jian lives when he is not staying at the grow. Jian provided me with an address of 4826 Blue River Dr Ardmore, OK. I asked Jian if he knew how many marijuana plants were at his grow and he advised he did not know, because Jeff handles all the paperwork for him. I asked Jian for his phone number and he provided me with (347) 632-6888. I asked Jian if Jeff was an owner of the marijuana grow and Jian advised Jeff is not an owner and is just a manager. Jian advised if I needing anything else, to just call Jeff. The recorded phone call was ended at this time.

OFFICIAL USE ONLY
This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.

AUDIT/INSPECTION  OBN 2023-253

# OKLAHOMA STATE BUREAU OF
# NARCOTICS AND DANGEROUS DRUGS CONTROL

OFFICIAL USE ONLY

This report is the property of the Oklahoma Bureau of Narcotics and Dangerous Drugs Control. Neither it nor its contents may be disseminated outside the agency to which it is loaned.