


Exhibit 6