AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

___WESTERN___  DISTRICT OF ___OKLAHOMA___

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. **CR-23-237-SLP** |
| ) | |
| **JEFF WENG, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date: September 19, 2025.

s/THOMAS B. SNYDER
THOMAS B. SNYDER
Assistant United States Attorney
Bar Number: 31428 (OK)
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Thomas.Snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

                                           s/Thomas B. Synder
                                           Assistant U.S. Attorney